# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARLOS CHAVEZ FLORES

VERSUS

OHIO SECURITY INSURANCE
COMPANY

NO.   2021 CW 0888

**OCTOBER 5, 2021**

---

In Re:   Gregory Toussaint, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698602.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> VGW
> AHP
> CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT